Robert J. Gibson (#144974)
Daniel S. Rodman (#156156)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000
hgibson@swlaw.com
drodman@swlaw.com

Attorneys for Defendants GEICO Casualty Company, GEICO Indemnity Company, and GEICO General Insurance Company, erroneously sued as GEICO Insurance

E-FILING
Filed
ADR
NOV 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAYAN MESBAHI, MOHAMMAD MESBAHI, MOSHEN TOOLAMI, MTM AUTOMOTOVE CORP., dba AUTO TECH COLLISION CENTER<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO INSURANCE, ERIK STENTZ, DOES 1-20,<br><br>Defendants. | CASE NO.: C07 05772 HRL<br><br>Originally filed in the Superior Court for the State of California, County of Santa Clara Case No.: 107CV095590<br><br>**DECLARATION OF DANIEL S. RODMAN IN SUPPORT OF GEICO DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)**<br><br>(Federal Question)<br><br>[Filed concurrently with GEICO's Notice of Removal; Demand for Jury Trial; Certification of Interested Entities or Persons]<br><br>Complaint Filed: October 2, 2007<br>Trial Date:      None |

**DECLARATION OF DANIEL S. RODMAN**

I, Daniel S. Rodman, declare:

1.  I am an attorney licensed to practice before the United States District Court for the Northern District of California and I am a partner with the law firm of Snell & Wilmer L.L.P., counsel for Defendants GEICO Casualty Company, GEICO Indemnity Company, and GEICO General Insurance Company, erroneously sued as GEICO Insurance (collectively, "GEICO"). I have personal knowledge of the facts set forth

below, and if called as a witness I can competently testify to them. I submit this Declaration in support of GEICO's Notice of Removal under 28 U.S.C. §1441(b), which is being filed concurrently herewith.

2.  Erik Stentz is an employee of GEICO and he is a named defendant in this action. I am informed and believe that, to date, Mr. Stentz has not been served with Plaintiffs' Summons and Complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th day of November, 2007 at Costa Mesa, California.

*[signature]*
Daniel S. Rodman

555357.1

- 2 -

DECLARATION OF DANIEL S. RODMAN IN SUPPORT OF GEICO'S NOTICE OF REMOVAL

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On _Nov. 14_, 2007 I served, in the manner indicated below, the foregoing document described as:

**DECLARATION OF DANIEL S. RODMAN IN SUPPORT OF GEICO DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| PLAINTIFF COUNSEL | Robert David Baker, Esquire<br>Tim Reed, Esquire<br>LAW OFFICES OF ROBERT DAVID BAKER<br>1611 The Alameda<br>San Jose, California 95126<br>408.292.8555<br>408.292.0703, fax |
|---|---|

☐ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. §1013(a)(3)).

☑ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on _Nov. 14_, 2007, at Costa Mesa, California.

_Cheryl Wynn_
Cheryl Wynn