1  Robert J. Gibson (#144974)
   Daniel S. Rodman (#156156)
2  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
3  Costa Mesa, California 92626-7689
   (714) 427-7000
4  hgibson@swlaw.com
   drodman@swlaw.com
5
   Attorneys for Defendants GEICO Casualty
6  Company, GEICO Indemnity Company, and
   GEICO General Insurance Company,
7  erroneously sued as GEICO Insurance



Filed ADR
NOV 1 4 2007  E-FILING
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

| | |
|---|---|
| SHAYAN MESBAHI, MOHAMMAD MESBAHI, MOSHEN TOOLAMI, MTM AUTOMOTOVE CORP., dba AUTO TECH COLLISION CENTER<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO INSURANCE, ERIK STENTZ, DOES 1-20,<br><br>Defendants. | CASE NO. C07 05772 HRL<br><br>Originally filed in the Superior Court for the State of California, County of Santa Clara Case No.: 107CV095590<br><br>**GEICO DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Filed Concurrently With GEICO's Notice of Removal; Declaration of Daniel S. Rodman; Demand for Jury Trial]<br><br>Complaint Filed: October 2, 2007<br>Trial Date:  None |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, Defendants GEICO Casualty Company, GEICO Indemnity Company, and GEICO General Insurance Company, erroneously sued as GEICO Insurance (collectively, "GEICO") certify that Berkshire Hathaway, Inc., a publicly held corporation, is the ultimate parent corporation (owning 100%) of GEICO General Insurance Company, Government Employees Insurance Company, GEICO Casualty Company and GEICO Indemnity Company. GEICO further certifies that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations (including parent

555388.1                                    GEICO'S CERTIFICATION OF
                          ORIGINAL         INTERESTED ENTITIES OR PERSONS

corporations) or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. <u>Defendant or Defendant Related Entities</u>:

   GEICO General Insurance Company

   Government Employees Insurance Company

   GEICO Indemnity Insurance Company

   GEICO Casualty Insurance Company

   Berkshire Hathaway, Inc.

2. <u>Plaintiffs</u>:

   Shayan Mesbahi

   Mohammad Mesbahi

   Moshen Toolami

   MTM Automotive Corporation dba Auto Tech Collision Center

Dated: November 13, 2007

SNELL & WILMER L.L.P.

By: _____
Robert J. Gibson
Daniel S. Rodman
Attorneys for Defendants
GEICO Casualty Company, GEICO Indemnity Company, and
GEICO General Insurance Company

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On _Nov. 14_, 2007 I served, in the manner indicated below, the foregoing document described as:

**GEICO DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| PLAINTIFF COUNSEL | Robert David Baker, Esquire<br>Tim Reed, Esquire<br>LAW OFFICES OF ROBERT DAVID BAKER<br>1611 The Alameda<br>San Jose, California 95126<br>408.292.8555<br>408.292.0703, fax |
|---|---|

☑ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. §1013(a)(3)).

☑ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on _Nov. 14_, 2007, at Costa Mesa, California.

_Cheryl Wynn_
Cheryl Wynn