Robert J. Gibson (#144974)
Daniel S. Rodman (#156156)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000
hgibson@swlaw.com
drodman@swlaw.com

Attorneys for Defendants GEICO Casualty Company, GEICO Indemnity Company, and GEICO General Insurance Company, erroneously sued as GEICO Insurance

E-FILING
Filed
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SHAYAN MESBAHI, MOHAMMAD MESBAHI, MOSHEN TOOLAMI, MTM AUTOMOTOVE CORP., dba AUTO TECH COLLISION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO INSURANCE, ERIK STENTZ, DOES 1-20,<br><br>Defendants. | CASE NO. C07 05772 HRL<br><br>Originally filed in the Superior Court for the State of California, County of Santa Clara<br>Case No.: 107CV095590<br><br>**GEICO DEFENDANTS' DEMAND FOR JURY TRIAL**<br><br>[Filed Concurrently With GEICO's Notice of Removal; Declaration of Daniel S. Rodman; Certification of Interested Entities or Persons]<br><br>Complaint Filed: October 2, 2007<br>Trial Date:       None |

Defendants GEICO Casualty Company, GEICO Indemnity Company, and GEICO General Insurance Company, erroneously sued as GEICO Insurance (collectively, "GEICO"), hereby demand a trial by jury.

Dated: November 13, 2007          SNELL & WILMER L.L.P.

By: _____
Robert J. Gibson
Daniel S. Rodman
Attorneys for GEICO Defendants

555384.1                                    ORIGINAL          GEICO'S DEMAND FOR JURY TRIAL

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On _Nov. 14_, 2007 I served, in the manner indicated below, the foregoing document described as:

**GEICO DEFENDANTS' DEMAND FOR JURY TRIAL**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| **PLAINTIFF COUNSEL** | Robert David Baker, Esquire<br>Tim Reed, Esquire<br>LAW OFFICES OF ROBERT DAVID BAKER<br>1611 The Alameda<br>San Jose, California 95126<br>408.292.8555<br>408.292.0703, fax |
|---|---|

✓ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. §1013(a)(3)).

✓ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on _Nov. 14_, 2007, at Costa Mesa, California.

_Cheryl Wynn_
Cheryl Wynn