**LAW OFFICES ROBERT DAVID BAKER**
Robert David Baker, Esq. (87314)
1611 The Alameda
San Jose, CA 95126
(408) 292-8555
facsimile: (408) 292-0703

Attorney for Plaintiffs
**SHAYAN MESBAHI, et al**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| **SHAYAN MESBAHI, et al ,** <br> **Plaintiffs,** <br><br> vs. <br><br> **GEICO INSURANCE, et al.,** <br><br> **Defendants.** | **CASE NO. C 07-05772 HRL** <br><br><br> **PLAINTIFFS' REQUEST FOR JURY TRIAL** |

    Plaintiffs request a jury trial on all causes of action set forth in the complaint in the above-entitled matter.

    Dated:  November 19, 2007

    /s/ Robert David Baker
    _____
    Robert David Baker, Esq.