1  **LAW OFFICES ROBERT DAVID BAKER**
Robert David Baker, Esq. (87314)
2  1611 The Alameda
San Jose, CA 95126
3  (408) 292-8555
facsimile: (408) 292-0703

4  Attorney for Plaintiffs
**SHAYAN MESBAHI, et al**
5

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE NORTHERN DISTRICT OF CALIFORNIA,

8
**SHAYAN MESBAHI, et al**          CASE NO. C 07-05772 HRL
9  ,
         **Plaintiffs,**
10

11                                   **DECLINATION TO PROCEED BEFORE**
        **vs.**                      **MAGISTRATE JUDGE**
12
**GEICO INSURANCE, et al.,**
13

14         **Defendant.**

15

16      Plaintiffs decline to proceed before a Magistrate Judge in the above-entitled matter.

17  Plaintiffs request reassignment of this case to a United States District Court Judge.

18    Dated:  November 19, 2007

19      /s/ Robert David Baker
   _____
20   Robert David Baker, Esq.

21

22

23

24

25