UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Shayan Mesbahi, et.al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GEICO Insurance Company, et .al.,<br><br>  Defendants.<br>_____/ | No. C07-05772<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for March 4, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **March 7, 2008 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on February 29, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: November 20, 2007                    RICHARD W. WIEKING, Clerk
                                            United States District Court


                                            /s/ *Patty Cromwell*
                                            By: Patty Cromwell, Courtroom Deputy
                                            to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Robert David Baker    attyatlaw@earthlink.net

Robert J. Gibson    hgibson@swlaw.com, cfrench@swlaw.com

Daniel Stewart Rodman    drodman@swlaw.com