UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
―――――――――
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

November 20, 2007

**CASE NUMBER:  CV 07-05772 HRL**
**CASE TITLE:  SHAYAN MESBAHL,ET AL-v-CEICO INSURANCE, ET AL**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/19/07

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 11/20/07 tsh |

CASE SYSTEMS ADMINISTRATOR:

| Copies to:  All Counsel | Transferor CSA |