Clerk's Use Only
Initial for fee pd.:

Sheila Carmody (#006851, AZ)
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000 (602.382.6070, fax) scarmody@swlaw.com

FILED
2007 NOV 29 PM 3:38
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Shayan Mesbahi, Mohammad Mesbahi, Moshen Toolami, MTM Automotive Corp., dba Auto Tech Collision Center,

Plaintiff(s),

v.

GEICO Insurance, Erick [sic] Stentz, Does 1-20,

Defendant(s).

CASE NO. C07 05772 HRL  JF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Sheila Carmody, an active member in good standing of the bar of the State of Arizona, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the GEICO defendants, Stentz in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Robert J. Gibson (#144974), Snell & Wilmer L.L.P., 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626 (714.427.7001)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Nov. 26, 07

/s/ Sheila Carmody

ORIGINAL

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611012973
Cashier ID: bucklem
Transaction Date: 11/29/2007
Payer Name: SNELL AND WILMER
-----------------------------------
PRO HAC VICE
 For: sheila carmody
 Case/Party: D-CAN-3-07-AT-PROHAC-001
 Amount:         $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 20450
 Amt Tendered: $210.00
-----------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:       $0.00

c07-5772jf


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```