**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

**RECEIVED**

NOV 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*JF*

1

2

3

4

5   Shayan Mesbahi, Mohammad Mesbahi,
Moshen Toolami, MTM Automotive
6   Corp., dba Auto Tech Collision Center,

CASE NO.  C07 05772 HRL

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

7                    Plaintiff(s),

8            v.

9   GEICO Insurance, Erick [sic] Stentz, Does
1-20,

10

11                Defendant(s).

12   _____/

13   Sheila Carmody              ■ , an active member in good standing of the bar of

14   the State of Arizona              ■ whose business address and telephone number

15   (particular court to which applicant is admitted)

16   is

17   Snell & Wilmer L.L.P.
One Arizona Center, Phoenix, Arizona 85004-2202
18   602.382.6000 (602.382.6070, fax) scarmody@swlaw.com

19   having applied in the above-entitled action for admission to practice in the Northern District of

20   California on a *pro hac vice* basis, representing the GEICO Defendants, Stentz.              ■ ·

21            IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

22   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23   *vice*. Service of papers upon and communication with co-counsel designed in the application will

24   constitute notice to the party. All future filings in this action are subject to the requirements

25   contained in General Order No. 45, *Electronic Case Filing*.

26

27   Dated:                    _____

28                    United States Magistrate  Judge

