**Filed**
DEC - 4 2007
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**RECEIVED**
NOV 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

| | |
|---|---|
| Shayan Mesbahi, Mohammad Mesbahi, Moshen Toolami, MTM Automotive Corp., dba Auto Tech Collision Center,<br><br>Plaintiff(s),<br>v.<br>GEICO Insurance, Erick [sic] Stentz, Does 1-20,<br><br>Defendant(s). | CASE NO. C07 05772 HRL  JF<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Sheila Carmody ☒ , an active member in good standing of the bar of the State of Arizona ☒ whose business address and telephone number (particular court to which applicant is admitted) is

Snell & Wilmer L.L.P.
One Arizona Center, Phoenix, Arizona 85004-2202
602.382.6000 (602.382.6070, fax) scarmody@swlaw.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the GEICO Defendants, Stentz. ☒

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12-3-07

_____
United States Magistrate Judge

ORIGINAL