Robert J. Gibson (#144974)
Daniel S. Rodman (#156156)
Samantha K. Feld (#222612)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
714.427.7000
hgibson@swlaw.com
drodman@swlaw.com

Attorneys for Defendants
GEICO Casualty Company,
GEICO Indemnity Company, and
GEICO General Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| SHAYAN MESBAHI, MOHAMMAD MESBAHI, MOSHEN TOOLAMI, MTM AUTOMOTIVE CORP., dba AUTO TECH COLLISION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO INSURANCE, ERIK STENTZ, DOES 1-20,<br><br>Defendants. | CASE NO. C07 05772 JF<br><br>Honorable Jeremy Fogel<br>Courtroom 3<br><br>**JOINT ADR CERTIFICATION**<br><br>Date of Removal: November 14, 2007<br>Trial Date: None |

    Pursuant to Civil Local Rules, Rule 16-8(b) and ADR Local Rules, Rule 3-5(b), each of the undersigned certifies that he or she has:

    1.    Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing Program (ECF) under General Order 45);

    2.    Discussed the available dispute resolution options provided by the Court and private entities; and

8571411.1                                                                                    CASE NO. C07 05772 JF
JOINT ADR CERTIFICATION

1      3.    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: February 15, 2008

LAW OFFICES OF ROBERT DAVID BAKER

By: _____
Robert David Baker
Attorneys for Plaintiffs

Dated: February 15, 2008

SNELL & WILMER L.L.P.

By: /s///Robert J. Gibson
Robert J. Gibson
Daniel S. Rodman
Attorneys for Defendants
GEICO Casualty Company,
GEICO Indemnity Company, and
GEICO General Insurance Company

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8571411.1                              2                          CASE NO. C07 05772 JF
JOINT ADR CERTIFICATION

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On February 15, 2008 I served, in the manner indicated below, the foregoing

**JOINT ADR CERTIFICATION**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| **PLAINTIFF'S COUNSEL** | Robert David Baker, Esquire<br>Tim Reed, Esquire<br>LAW OFFICES OF ROBERT DAVID BAKER<br>1611 The Alameda<br>San Jose, California 95126<br>408.292.8555<br>408.292.0703, fax |
|---|---|

_X_   BY E-FILING: I caused such document to be sent electronically to the court; pursuant to General Order No. 45, electronic filing constitutes service upon the parties.

_X_   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on February 15, at Costa Mesa, California.

//s//
Cheryl Wynn

8571411.1                                3                           CASE NO. C07 05772 JF
JOINT ADR CERTIFICATION