Robert J. Gibson (#144974)
Daniel S. Rodman (#156156)
Samantha K. Feld (#222612)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
714.427.7000
hgibson@swlaw.com
drodman@swlaw.com

Attorneys for Defendants
GEICO Casualty Company,
GEICO Indemnity Company, and
GEICO General Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| SHAYAN MESBAHI, MOHAMMAD MESBAHI, MOSHEN TOOLAMI, MTM AUTOMOTIVE CORP., dba AUTO TECH COLLISION CENTER<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO INSURANCE, ERIK STENTZ, DOES 1-20,<br><br>Defendants. | CASE NO. C07 05772 JF<br><br>Honorable Jeremy Fogel<br>Courtroom 3<br><br>**JOINT ADR CERTIFICATION**<br><br>Date of Removal: November 14, 2007<br>Trial Date:         None |

Pursuant to Civil Local Rules, Rule 16-8(b) and ADR Local Rules, Rule 3-5(b), each of the undersigned certifies that he or she has:

1. Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing Program (ECF) under General Order 45);

2. Discussed the available dispute resolution options provided by the Court and private entities; and

3. Considered whether this case might benefit from any of the available dispute resolution options.

Dated: February 15, 2008

LAW OFFICES OF ROBERT DAVID BAKER

By: _____
Robert David Baker
Attorneys for Plaintiffs


Dated: February 15, 2008

SNELL & WILMER L.L.P.


By://s///Robert J. Gibson
Robert J. Gibson
Daniel S. Rodman
Attorneys for Defendants
GEICO Casualty Company,
GEICO Indemnity Company, and
GEICO General Insurance Company

| | |
|---|---|
| 1 | dispute resolution options. |
| 2 | |
| 3 | Dated: February 19, 2008 |
| | LAW OFFICES OF ROBERT DAVID BAKER |
| | By: /s/ Robert David Baker |
| | Robert David Baker |
| | Attorneys for Plaintiffs |
| 9 | Dated: February 15, 2008 |
| | SNELL & WILMER L.L.P. |
| | By: _____ |
| | Robert J. Gibson |
| | Daniel S. Rodman |
| | Attorneys for Defendants |
| | GEICO Casualty Company, |
| | GEICO Indemnity Company, and |
| | GEICO General Insurance Company |

8571411.1

2

JOINT ADR CERTIFICATION

CASE NO. C07 05772 JF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHAYAN MESBAHI; MOHAMMAD
MESDAHI; MOSHEN TOOLAMI, et al.

Plaintiff(s),

v.

GEICO INSURANCE; ERICK [sic]
STENTZ; Does 1-20

Defendant(s).

CASE NO. C07 05772 JF

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE) (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓ Private ADR *(please identify process and provider)* _____
Private mediation; provide to be agreed upon by the parties.

The parties agree to hold the ADR session by:
the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓ other requested deadline 150 days from the date of the order referring the case to ADR.

Dated: 2-19-08

Attorney for Plaintiff

Dated: _____

Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
      Mediation
✓    Private ADR

Deadline for ADR session
      90 days from the date of this order.
✓    other  150 days from order

IT IS SO ORDERED.

Dated: _____

                                                  Honorable Jeremy Fogel
                                                UNITED STATES DISTRICT    JUDGE

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On February 22, 2008 I served, in the manner indicated below, the foregoing

**JOINT ADR CERTIFICATION**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| **PLAINTIFF'S COUNSEL** | Robert David Baker, Esquire<br>Tim Reed, Esquire<br>LAW OFFICES OF ROBERT DAVID BAKER<br>1611 The Alameda<br>San Jose, California 95126<br>408.292.8555<br>408.292.0703, fax |
|---|---|

X   BY E-FILING: I caused such document to be sent electronically to the court; pursuant to General Order No. 45, electronic filing constitutes service upon the parties.

X   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on February 22, at Costa Mesa, California.

/s/
Christine Dart