*efiled 2/26/08

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SHAYAN MESBAHI; MOHAMMAD
MESBAHI; MOSHEN TOOLAMI, et al.

CASE NO. C07 05772 JF

Plaintiff(s),

v.

GEICO INSURANCE; ERICK [sic]
STENTZ; Does 1-20

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE) (ADR L.R. 5)
  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓  Private ADR *(please identify process and provider)* _____
   Private mediation; provide to be agreed upon by the parties.

The parties agree to hold the ADR session by:
   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓  other requested deadline   150 days from the date of the order referring the case to ADR.

Dated:_____

Dated: 2/15/08

Attorney for Plaintiff

Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ✓ Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other  150 days from order

IT IS SO ORDERED.

Dated: 2/22/08

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On February 15, 2008 I served, in the manner indicated below, the foregoing

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| **PLAINTIFF'S COUNSEL** | Robert David Baker, Esquire<br>Tim Reed, Esquire<br>LAW OFFICES OF ROBERT DAVID BAKER<br>1611 The Alameda<br>San Jose, California 95126<br>408.292.8555<br>408.292.0703, fax |
|---|---|

__X__   BY E-FILING: I caused such document to be sent electronically to the court; pursuant to General Order No. 45, electronic filing constitutes service upon the parties.

__X__   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on February 15, at Costa Mesa, California.

//s//
Cheryl Wynn

8576702. 18571411.1

CASE NO. C07 05772 JF

JOINT ADR CERTIFICATION