1   Sheila Carmody (*pro hac vice*)
    Robert J. Gibson (#144974)
2   Daniel S. Rodman (#156156)
    SNELL & WILMER L.L.P.
3   600 Anton Boulevard, Suite 1400
    Costa Mesa, California  92626-7689
4   (714) 427-7000
    scarmody@swlaw.com
5   hgibson@swlaw.com

6   Attorneys for Defendants GEICO Casualty
    Company, GEICO Indemnity Company,
7   GEICO General Insurance Company
    (*erroneously sued as GEICO Insurance*), and
8   Erik Stentz (*erroneously sued as Erick Stentz*)

9              UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

11  SHAYAN MESBAHI, MOHAMMAD          CASE NO. C07 05772 JF
    MESBAHI, MOSHEN TOOLAMI,
12  MTM AUTOMOTOVE CORP., dba         Honorable Jeremy Fogel
    AUTO TECH COLLISION CENTER        Courtroom: 3
13
                Plaintiffs,           **DEMAND FOR JURY TRIAL BY**
14                                    **DEFENDANT ERIK STENTZ**
    vs.
15                                    Complaint Filed:  October 2, 2007
    GEICO INSURANCE, ERIK             Trial Date:        None
16  STENTZ, DOES 1-20,

17              Defendants.

18

19       Defendant Erik Stentz hereby demands a trial by jury.

20

21  Dated: June 4, 2008                SNELL & WILMER L.L.P.

22

23

24                                     By://s// Daniel S. Rodman
                                           Daniel S. Rodman
25                                         Attorneys for Defendants GEICO
                                           Casualty Company, GEICO Indemnity
26                                         Company, GEICO General Insurance
                                           Company, and Erik Stentz
27

28

*Snell & Wilmer*
—— L.L.P. ——
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1

## PROOF OF SERVICE

2

3

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

4

On June 4, 2008 I served, in the manner indicated below, the foregoing

5

### DEMAND FOR JURY TRIAL BY DEFENDANT ERIK STENTZ

6

on the interested parties in this action by:

7

| **PLAINTIFF'S COUNSEL** | Robert David Baker, Esquire |

8

| | Tim Reed, Esquire |
| | LAW OFFICES OF ROBERT DAVID BAKER |

9

| | 1611 The Alameda |
| | San Jose, California 95126 |

10

| | 408.292.8555 |
| | 408.292.0703, fax |

11

__X__    BY E-FILING: I caused such document to be sent electronically to the court; pursuant to

12

General Order No. 45, electronic filing constitutes service upon the parties.

__X__    FEDERAL:  I declare that I am employed in the office of a member of the bar of this

13

Court, at whose direction the service was made.

14

EXECUTED on June 4, 2008, at Costa Mesa, California.

15

16

//s//_____

Cheryl Wynn

17

18

19

20

21

22

23

24

25

26

27

28

*Snell & Wilmer*
— L.L.P. —
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92667689
(714) 427-7000