1 | Sheila Carmody (*pro hac vice*)
Robert J. Gibson (#144974)
2 | Daniel S. Rodman (#156156)
SNELL & WILMER L.L.P.
3 | 600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
4 | (714) 427-7000
scarmody@swlaw.com
5 | hgibson@swlaw.com

6 | Attorneys for Defendants GEICO Casualty
Company, GEICO Indemnity Company,
7 | GEICO General Insurance Company
(*erroneously sued as GEICO Insurance)*, and
8 | Erik Stentz (*erroneously sued as Erick Stentz)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| SHAYAN MESBAHI, MOHAMMAD MESBAHI, MOSHEN TOOLAMI, MTM AUTOMOTIVE CORP., dba AUTO TECH COLLISION CENTER<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO INSURANCE, ERICK [sic] STENTZ, DOES 1-20,<br><br>Defendants. | CASE NO. C07 05772 JF<br><br>Honorable Jeremy Fogel<br>Courtroom: 3<br><br>**DEFENDANT ERIK STENTZ'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed: October 2, 2007<br>Trial Date:        None |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, Defendant Erik Stentz certifies that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

///

///

8773382.1                                    1                          Case No. C07 05772 JF

ERIK STENTZ'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1     1.     Defendant Erik Stentz

2     2.     <u>GEICO Defendants and Related Entities</u>:

3            GEICO General Insurance Company

4            Government Employees Insurance Company

5            GEICO Indemnity Insurance Company

6            GEICO Casualty Insurance Company

7            Berkshire Hathaway, Inc.

8     3.     <u>Plaintiffs</u>:

9            Shayan Mesbahi

10           Mohammad Mesbahi

11           Moshen Toolami

12           MTM Automotive Corporation dba Auto Tech Collision Center

Dated: June 4, 2008          SNELL & WILMER L.L.P.

By: //s// Daniel S. Rodman
     Sheila Carmody
     Robert J. Gibson
     Daniel S. Rodman
     Attorneys for Defendants GEICO
     Casualty Company, GEICO Indemnity
     Company, GEICO General Insurance
     Company, and Erik Stentz

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8773382.1      2      Case No. C07 05772 JF
ERIK STENTZ'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On June 4, 2008 I served, in the manner indicated below, the foregoing document described as:

**DEFENDANT ERIK STENTZ'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the interested parties in this action by:

| **PLAINTIFF COUNSEL** | Robert David Baker, Esquire<br>Tim Reed, Esquire<br>LAW OFFICES OF ROBERT DAVID BAKER<br>1611 The Alameda<br>San Jose, California 95126<br>408.292.8555<br>408.292.0703, fax |
|---|---|

__X__  BY E-FILING: I caused such document to be sent electronically to the court; pursuant to General Order No. 45, electronic filing constitutes service upon the parties.

__X__  FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on June 4, 2008, at Costa Mesa, California.

                                        //s//Cheryl Wynn
                                        Cheryl Wynn

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8773382.1    3    Case No. C07 05772 JF

ERIK STENTZ'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS