# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, July 11, 2008
**Case Number:** CV-07-5772-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**          **SHAYAN MESBAHI, ET AL  V.  GEICO INSURANCE, ET AL**

              **PLAINTIFF**                          **DEFENDANT**

   **Attorneys Present: Robert Baker**          **Attorneys Present:  Daniel Rodman**

---

PROCEEDINGS:
    Case management conference held.  Parties are present.  Continued to 10/31/08 at
10:30 a.m. for further case management conference.  The date to complete private mediation
is extended  to 10/31/08.