Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

** E-Filed 1/22/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| SHAYAN MESBAHI, MOHAMMAD MESBAHI, MOSHEN TOOLAMI, MTM AUTOMOTIVE CORP., dba AUTO TECH COLLISION CENTER<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO INSURANCE; ERICK [sic] STENTZ; Does 1-20<br><br>Defendants. | CASE NO. C07 05772 JF<br><br>Honorable Jeremy Fogel<br><br>**ORDER ALLOWING DEFENDANTS GEICO CASUALTY COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY AND ERIK STENTZ'S TO BRING EQUIPMENT**<br><br>Courtroom: 3<br><br>Date of Filing: October 2, 2007<br>Trial Date: January 25, 2010 |

Defendants GEICO and Eric Stentz may bring the following equipment into the federal courthouse for use in courtroom No. 3, beginning on January 22, 2010:

- o Document exhibitor
- o Projector
- o Computer
- o Table
- o Speakers
- o All connecting cables and power cords

IT IS SO ORDERED.

DATED: 1-22-2010                                     _____
                                                                      HONORABLE JEREMY FOGEL

11109829.1                                                                               Case No. C07 05772 JF

[PROPOSED] ORDER ALLOWING DEFENDANTS TO BRING EQUIPMENT