**E-Filed 1/28/2010**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SHAYAN MESBAHI, MOHAMMAD MESBAHI, MOSHEN TOOLAMI, MTM AUTOMOTIVE CORP., dba AUTO TECH COLLISION CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>GEICO INSURANCE; ERIK STENTZ, DOES 1-20;<br><br>Defendants. | Case Number CV 07-05772 JF (HRL)<br><br>**ORDER RE JURY EXPENSES** |

Trial in the above-entitled action was to begin on Monday, January 25, 2010, and a jury panel was summoned for that purpose. The parties reached a settlement on Saturday, January 23, 2010. Because the settlement was reached on a non-court day, the Court could not notify the prospective jurors, and costs in the amount of $2,180.00 were incurred. Good cause therefor appearing, each party shall pay one-half of these costs. Payment shall be made on or before **FEBRUARY 12, 2010** by check payable to "Clerk, United States District Court, Northern District of California." Any questions regarding payment should be directed to the Jury Administrator, David Weir.

**IT IS SO ORDERED.**

Dated: 1/28/10

_____
JEREMY FOGEL
United States District Judge

Case No. CV 07-05772 JF (HRL)
ORDER REGARDING JURY EXPENSES
(JFLC1)